RECEIVED

JUN - 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6,29,05

United States District Court

# WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| JORGE LUIS LAGUNA-SANTANA | CIVIL ACTION NO. 05-0567-L |
| A 23 224 184 | SECTION P |
| VS. | JUDGE MELANÇON |
| CRAIG ROBINSON, ET AL. | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition, insofar as it may be construed as a request for temporary Stay of Removal, be **GRANTED** and that the respondents are hereby enjoined from removing **JORGE LUIS LAGUNA-SANTANA, A 23 224 184,** pending further orders of this court;

**IT IS FURTHER ORDERED** that the petition be transferred to the United States Court of Appeals for the Eleventh Circuit in accordance with the provisions of Section 106(c) of the "Real ID Act."

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 28 day of June , 2005.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 6/29/05
BY ___
TO ___